### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT O. SPENCER,** : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 16-5841 |
| : | |
| **POTTSTOWN SCHOOL DISTRICT,** : | |
| **Defendant.** : | |

# O R D E R

**AND NOW**, this 19th day of March, 2018, having received notice that the Parties have reached a settlement agreement, it is hereby **ORDERED** that Defendant's Motion for Sanctions for Plaintiff's Spoliation of Evidence (Doc. No. 24) and Defendant's Motion for Summary Judgment (Doc. No. 48) are **DENIED as moot**.

It is **FURTHER ORDERED**, that pursuant to Local Rule 41.1(b), this action is **DISMISSED with prejudice**. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.